FILED IN CHAMBERS
THOMAS W. THRASH JR.
U. S. D. C. Atlanta

JAN 1 3 2006

LUTHER D. THOMAS, Clerk
By: _____
Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| JOSE ALFREDO RUBIANI, | : | HABEAS CORPUS |
| Petitioner, | : | 28 U.S.C. §§ 2241, 2254 |
| | : | |
| v. | : | |
| | : | |
| FRED BURNETTE, | : | CIVIL ACTION NO. |
| THURBERT BAKER, | : | 1:05-CV-3206-TWT |
| Respondents. | : | |

## ORDER AND OPINION
## TRANSFERRING HABEAS CORPUS ACTION

Petitioner, Jose Alfredo Rubiani, was convicted on November 25, 1987, in the Muscogee County Superior Court of murder and robbery by force and currently is serving a life plus 20-year sentence at the Telfair State Prison in Helena, Georgia. Petitioner seeks via 28 U.S.C. §§ 2241 and 2254 to challenge the constitutionality of a 2005 decision denying him parole. (Doc. No. 1 at 1 and attach. at 7.)

Title 28 U.S.C. § 2241(d) permits a state prisoner's habeas petition to be filed in the district within which the prisoner was convicted or in the district within which the prisoner is confined and further permits discretionary transfer by the Court from one such district to the other. Petitioner (1) was convicted in Musgogee County, which is located within the Middle District of Georgia and (2) is confined in the Telfair State Prison, which is located in Telfair County within the Southern District

of Georgia. It is the long-standing policy and practice of the United States District Courts for the Middle, Northern, and Southern Districts of Georgia to cause all petitions to be transferred to the district within which the state prisoner was convicted. Adherence to this practice and policy allows each district court to consider habeas matters coming only from state courts within its jurisdiction and ensures an equitable distribution of habeas cases between the districts of this State.

Consistent with this policy and practice, this habeas corpus action is hereby **TRANSFERRED** to the Middle District of Georgia, Columbus Division, along with all orders, motions, affidavits, pleadings, and exhibits filed herein (if any) for further proceedings under §§ 2241 and 2254.

**IT IS SO ORDERED**, this _13_ day of January, 2006.

_Thomas W. Thrash_
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)